# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States of America,    Cr. 09-607(PGS)

    v.    O R D E R

Miguel Saucedo - Ortiz
    Defendant

It is on this 16th day of March 2009,

It is ordered the Mr. Miguel Saucedo - Ortiz sentenced to time served for reasons expressed on the record.

                                               PETER G. SHERIDAN, U.S.D.J.